EWING *v.* EWING.

APPEAL from the Allen Circuit Court.

PETTIT, J.—This case, in all legal respects, is the same as *Ewing* v. *Ewing, ante,* p. 390, on appeal from the Allen

Common Pleas; and on the authority of that case it is reversed, at the costs of the appellee, with the same instructions.

WORDEN, C. J., having been of counsel in the case, was absent.

*W. H. Coombs* and *W. H. H. Miller,* for appellant.

*J. L. Worden* and *J. Morris,* for appellee.